IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD KITCHERMAN,**<br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>**WARDEN ROSA LAMAS,**<br>**THE DISTRICT ATTORNEY OF THE**<br>**COUNTY OF PHILADELPHIA, and**<br>**THE ATTORNEY GENERAL OF THE**<br>**STATE OF PENNSYLVANIA,**<br>　　　　　　Respondents. | **CIVIL ACTION**<br><br><br><br>**NO.  13-6625** |

## O R D E R

**AND NOW**, this 26th day of August, 2015, upon consideration of Motion for an Evidentiary Hearing filed by *pro se* petitioner, Richard Kitcherman (Document No. 7, filed February 26, 2014), Motion for Appointment of Counsel filed by *pro se* petitioner (Document No. 8, filed February 26, 2014) and Reconsider Application for Certificate of Appealability with Suggestions in Support filed by *pro se* petitioner (Document No. 26, filed June 29, 2015), and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated July 24, 2015, no objections having been filed, **IT IS ORDERED** as follows:

　　　　1.　　　Report and Recommendation of United States Magistrate Judge Richard A. Lloret dated July 24, 2015, is **APPROVED** and **ADOPTED**;

　　　　2.　　　*Pro se* petitioner's Motion for an Evidentiary Hearing is **DENIED**;

　　　　3.　　　*Pro se* petitioner's Reconsider Application for Certificate of Appealability with Suggestions in Support is **DENIED**.  A certificate of appealability will not issue because reasonable jurists would not debate (a) this Court's decision that the petition does not state a valid claim of the denial of a constitutional right, or (b) the propriety of this Court's procedural

rulings with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and,

    4.    *Pro se* petitioner's Motion for Appointment of Counsel is **DENIED**.

                                      **BY THE COURT:**

                                      /s/ **Hon. Jan E. DuBois**

                                      **DuBOIS, JAN E., J.**